KEYSTONE TYPE FOUNDRY v. NATIONAL COMPOSITYPE CO. (Circuit Court of Appeals, Fourth Circuit. March 4, 1912.) No. 1,045. Appeal from the Circuit Court of the United States for the District of Maryland. For opinion below, see 183 Fed. 891. Ernest W. Bradford, for appellant. Venable, Baetjer & Howard, for appellee. Before PRITCHARD, Circuit Judge, and WADDILL and DAYTON, District Judges.

PER CURIAM. It appears that the appellant, the plaintiff below, is manufacturing and selling a certain kind of type of alleged new and original faces which it calls "Caslon Bold"; that the appellee, the defendant below, is manufacturing a machine with which to cast and make type, which it calls the "Automatic Type Caster," which it designs to sell to the printers of the country for the purpose of casting their own type. It is apparent that the elements of fraud and deception to be practiced upon the purchaser or consumer, essential to the maintenance of a bill like this for unfair competition, as set forth in Reynolds Tobacco Company v. Allen Bros. Tobacco Company (C. C.), 151 Fed. 819, and other like cases, do not exist in this case. Therefore the decree of the court below, dismissing the bill, must be affirmed. Affirmed.

---

MOSS & CO. v. McCARTHY. (Circuit Court of Appeals, Ninth Circuit. February 29, 1912.) No. 2,064. Appeal from the Circuit Court of the United States for the Northern District of California. For opinion below, see 191 Fed. 202. L. S. Melsted and Fabius T. Finch, for appellant. C. M. Fickert and Aylett R. Cotton, Jr., for appellees.

PER CURIAM. Pursuant to stipulation of counsel, under provisions of rule 20 of the rules of practice of this court (150 Fed. xxxi, 79 C. C. A. xxxi), cause dismissed by clerk.